**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| WHAM-O HOLDING, LTD, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ANRAN-2021, et al.,<br><br>　　　　Defendants. | Civil Action No.<br>1:25-CV-07318-JPB |

## STIPULATED PRELIMINARY INJUNCTION

WHEREAS, on December 19, 2025, Wham-O Holding, Ltd. and Intersport Corp. d/b/a Wham-O ("Plaintiffs") filed a Motion for *Ex Parte* Temporary Restraining Order, including a Temporary Injunction, a Temporary Asset Restraint, Expedited Discovery and Order to Show Cause ("Motion for TRO") pursuant to Rule 65 of the Federal Rules of Civil Procedure. [Doc. 3].

WHEREAS, the Court entered a temporary restraining order ("TRO") on December 23, 2025 ("TRO"). [Doc. 9].

WHEREAS, Counsel for several Defendants listed in the attached Exhibit A (collectively, the "Stipulating Defendants") has contacted Plaintiffs' counsel has agreed to the entry of the proposed preliminary injunction ("PIO") filed and

entered at Doc. 17 against the Stipulating Defendants subject to a cap on the asset restraint;

THEREFORE, the PIO at Doc. 17 shall be modified as to the Stipulating Defendants follows:

1. Any freeze or restraint of the assets of Stipulating Defendants shall not exceed $50,000.00 collectively. Any assets above $50,000 shall be unconditionally released to Stipulating Defendants.

**SO ORDERED** this 21st day of January, 2026

_____
J. P. BOULEE
United States District Judge

# Exhibit A

## LIST OF ALL PARTIES SUBJECT TO ORDER

| Doe No. | Seller Alias | Platform | Seller ID | Restraint Amount |
|---|---|---|---|---|
| 148 | ShangHaiOuLi ★★★★★ | Amazon | A3IQFMZVLKZJC2 | $0.00 |
| 292 | AutoPro Electronics | Walmart | 102745996 | $0.00 |
| 309 | CozyHomeCrafts | Walmart | 102722923 | $0.00 |
| 312 | disde2hi | Walmart | 102777934 | $0.00 |
| 317 | eia77od | Walmart | 102843719 | $23,000.00 |
| 323 | EtherealEdge | Walmart | 102771291 | $0.00 |
| 330 | FurNest Designs | Walmart | 102515039 | $1,500.00 |
| 343 | gytnu1amini | Walmart | 102779898 | $0.00 |
| 347 | Harvest & Home | Walmart | 101693739 | $3,500.00 |
| 363 | jinweihuism | Walmart | 102769426 | $8,500.00 |
| 401 | ngxiyo | Walmart | 102857748 | $0.00 |
| 402 | Nuboxa | Walmart | 102803009 | $0.00 |
| 417 | RYGRZJ | Walmart | 101552408 | $6,000.00 |
| 420 | SereneBeautyOasis | Walmart | 101652727 | $0.00 |
| 431 | SparkPulsett | Walmart | 101652740 | $7,500.00 |
| | | | Total | $50,000.00 |