**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |
|---|---|
| WHAM-O HOLDING, LTD, et al., | |
| Plaintiffs, | Civil Action No. 25-CV-7318-JPB |
| v. | |
| ANRAN-2021, et al., | |
| Defendants. | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| entertainment | 71 |
| FIRDEER | 76 |
| moncion | 122 |
| WHLUSDM | 174 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

1

Dated: February 3, 2026                    Respectfully submitted,

                                           */s/ Abby M. Neu*
                                           Abby M. Neu
                                           Georgia Bar No. 200207
                                           **WHITEWOOD LAW PLLC**
                                           5555 Glenridge Connector, Suite 200
                                           Atlanta, GA 30342
                                           Telephone: (872) 294-3263
                                           Email: aneu@whitewoodlaw.com

                                           *Counsel for Plaintiffs*