# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WHAM-O HOLDING, LTD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANRAN-2021, et al., <br><br> Defendants. | Civil Action No. 25-cv-7318-JPB |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| anran-2021 | 1 |
| caphonefix | 3 |
| baohuiyunxing | 38 |
| Cyfromt | 60 |
| Sun Leaf | 157 |
| XW-us | 190 |
| aozhong | 288 |
| buwuzhengye | 297 |
| CSXZNYZ Co.Ltd | 310 |
| Falriar Shop | 324 |
| GanAnQi | 333 |
| GlowHome | 335 |
| Goldenwheat LLC | 336 |
| haitangchangzai | 344 |

| | |
|---|---|
| HaiZhen Online | 345 |
| HHGBAD | 350 |
| huakunwenhua | 354 |
| IBaodan | 357 |
| JingYuHao | 362 |
| jiqi | 365 |
| Kuroiy | 370 |
| MANNI | 391 |
| MsnF Co.Ltd | 398 |
| Pkil | 405 |
| QmeDNh | 411 |
| Sasuw | 418 |
| shuyusm | 425 |
| TANGli | 436 |
| Thought | 440 |
| tonglin luo | 442 |
| Usmixi TED Store | 448 |
| WenBiao | 454 |
| XDDST Clothing | 460 |
| Zafar | 473 |
| zengjinrong | 475 |
| Zhenting Co.Ltd | 481 |
| All Things Home Products | 486 |
| Best scene | 493 |
| hongxiangsshop March | 534 |
| Jiesenshop April | 538 |
| JKSHMYT | 539 |
| JKSHMYT Online Shop | 540 |
| JLoibao | 541 |
| Junaosm | 544 |
| Lavidaei local shop | 547 |
| xiangpengshop January | 618 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Dated: February 18, 2026                    Respectfully submitted,

*/s/ Abby M. Neu*
Abby M. Neu
Georgia Bar No. 200207
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
Telephone: (872) 294-3263
Email: aneu@whitewoodlaw.com

*Counsel for Plaintiffs*