# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

WHAM-O HOLDING, LTD, et al.,

    Plaintiffs,

v.

ANRAN-2021, et al.,

    Defendants.

Civil Action No. 25-cv-7318-JPB

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| BAICHUANDIYI | 37 |
| Owfeel® | 133 |
| FengWL | 328 |
| Konami | 369 |
| MODANU | 393 |
| Mozhitti | 395 |
| Deep Space | 511 |
| Enjoy Your Shopping Experience | 515 |
| FitHive | 523 |
| TransOceanMart | 600 |
| WAN KE FAFAFA | 611 |
| Xiaoliang Store | 619 |
| YYGlow | 635 |
| ZwSweet | 642 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Dated: March 4, 2026                              Respectfully submitted,

                                                                                                   */s/ Abby M. Neu*
Abby M. Neu
Georgia Bar No. 200207
David M. Lilenfeld
Georgia Bar No. 452399
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
Telephone: (872) 294-3263
Email: aneu@whitewoodlaw.com

*Counsel for Plaintiffs*